1  Troy D. Monge, Esq.
   Law Offices of Martin Taller, APC
2  2300 E. Katella Ave, Suite 440
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com

6
   Attorney Bar #217035
7  Attorneys for Jeffrey Peifer

8

9          UNITED STATES DISTRICT COURT
10           CENTRAL DISTRICT OF CALIFORNIA

11 | JEFFREY PEIFER,                )  No. EDCV 18-2004-SP
12 |                                )
13 |     Plaintiff,                 )  **ORDER AWARDING EQUAL**
   |                                )  **ACCESS TO JUSTICE ACT**
14 |     v.                         )  **ATTORNEY FEES AND COSTS**
15 |                                )
16 | ANDREW SAUL,                   )
   | Commissioner of Social Security,)
17 |                                )
18 |     Defendant.                 )
   |_____)
19
        Based upon the parties' Stipulation for Award and Payment of Attorney
20
   Fees:
21
        IT IS ORDERED that the Commissioner shall pay attorney fees and
22
   expenses the amount of FIVE THOUSAND ONE HUNDRED EIGHT-ONE
23
   DOLLARS and SIXTY-SIX CENTS ($5,181.66), and costs under 28 U.S.C. §
24
   1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§
25
   2412(d), 1920, subject to the terms of the above-referenced Stipulation.
26
   Dated: June 1, 2020
27
                          _____
28
                          THE HONORABLE SHERI PYM

                                    1

1 UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28